# CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: Hattiesburg

COUNTY: _____

RELATED CASE INFORMATION: 2:16cr7 KS-MTP-1
SUPERSEDING INDICTMENT ____ DOCKET # ____
SAME DEFENDANT ____ NEW DEFENDANT ____
MAGISTRATE JUDGE CASE NUMBER ____
R 20/ R 40 FROM DISTRICT OF ____

## DEFENDANT INFORMATION:

JUVENILE: ___ YES  X  NO

MATTER TO BE SEALED: ___ YES  X  NO

NAME/ALIAS: Charles Bolton

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 22 2016
ARTHUR JOHNSTON
BY _____ DEPUTY

## U.S. ATTORNEY INFORMATION:

AUSA  Fred P. Harper    BAR # LA6568

INTERPRETER:  X  NO  ___ YES  LIST LANGUAGE AND/OR DIALECT: English

## LOCATION STATUS:  ARREST DATE ____

___ ALREADY IN FEDERAL CUSTODY AS OF ____
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

## U.S.C. CITATIONS

TOTAL # OF COUNTS: 10    ___ PETTY   ___ MISDEMEANOR   10 FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1   26:7201.F | 26 USC § 7201 | Attempt to Evade or Defeat Tax | 1-5 |
| Set 2   26:7206.F | 26 USC § 7206(1) | Filing False Tax Return | 6-10 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |

Date: 3-22-16    SIGNATURE OF AUSA: /s/ Fred P. Harper

(Revised 2/26/10)