IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

V.                                                                  CRIMINAL NO. 2:16cr7 KS-MTP-2

LINDA BOLTON

AMENDED ORDER

IT IS ORDERED that the Government's Motion to Disqualify Counsel [26] in this cause be sealed until further order of this Court.

ORDERED this the 18th day of July, 2016.

*s/ Keith Starrett*
UNITED STATES DISTRICT JUDGE