IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.  CRIMINAL NO. 2:16cr7 KS-MTP

CHARLES BOLTON, et al

## ORDER

This cause is before the Court on two motions:

1) The Motion and Incorporated Memorandum to Unseal Motion to Disqualify and Related Pleadings [33] filed by the Government; and

2) Motion to Disqualify Counsel [26] filed by the Government.

The Court heard oral argument and received briefs regarding the motions as they pertain to defendant Linda Bolton. The motions were not applicable to defendant Charles Bolton. After considering the same, the Court found that the Motion to Unseal [33] should be denied and the Motion to Disqualify Counsel [26] should be sustained. The Court rendered a bench opinion stating its reasons for the rulings, which is incorporated herein by reference.

There was also scheduled for hearing today a pretrial conference for both defendants, but in light of the fact that the counsel for defendant Linda Bolton had been removed, the Court continued the pretrial conference until Linda Bolton has obtained replacement counsel. Linda Bolton was also instructed to inform the Court of who her counsel is within ten days.

SO ORDERED this the 28th day of July, 2016.

*s/ Keith Starrett*
UNITED STATES DISTRICT JUDGE