AO 89B  (07/16) Subpoena to Produce Documents, Information, or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br>Charles Bolton and Linda Bolton<br><br>*Defendant* | )<br>)<br>)  Case No. 2:16-cr-7-KS-MTP<br>)<br>) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE

To:   27th Avenue Package Store
      119 S. 27th Avenue, Hattiesburg, MS 39401

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects:

SEE ATTACHED EXHBIT A.

| Place: Owen, Galloway & Myers, PLLC<br>1414 25th Avenue, Gulfport, MS 39501<br>228-868-2821 | Date and Time: 09/02/2016 11:00 am |
|---|---|

Certain provisions of Fed. R. Crim. P. 17 are attached, including Rule 17(c)(2), relating to your ability to file a motion to quash or modify the subpoena; Rule 17(d) and (e), which govern service of subpoenas; and Rule 17(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

(SEAL)

Date:  AUG 3 1 2016

ARTHUR JOHNSTON
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    Charles Bolton
, who requests this subpoena, are:

Ben F. Galloway, Owen, Galloway & Myers, PLLC, 1414 25th Avenue, Gulfport, MS 39501; 228-868-2821
bfg@owen-galloway.com

**Notice to those who use this form to request a subpoena**

Before requesting and serving a subpoena pursuant to Fed. R. Crim. P. 17(c), the party seeking the subpoena is advised to consult the rules of practice of the court in which the criminal proceeding is pending to determine whether any local rules or orders establish requirements in connection with the issuance of such a subpoena. If no local rules or orders govern practice under Rule 17(c), counsel should ask the assigned judge whether the court regulates practice under Rule 17(c) to 1) require prior judicial approval for the issuance of the subpoena, either on notice or ex parte; 2) specify where the documents must be returned (e.g., to the court clerk, the chambers of the assigned judge, or counsel's office); and 3) require that counsel who receives produced documents provide them to opposing counsel absent a disclosure obligation under Fed. R. Crim. P. 16.

Please note that Rule 17(c) (attached) provides that a subpoena for the production of certain information about a victim may not be issued unless first approved by separate court order.

AO 89B (07/16) Subpoena to Produce Documents, Information, or Objects in a Criminal Case (Page 2)

Case No.  2:16-cr-7-KS-MTP

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*  27th Avenue Package Store
was received by me on *(date)*  08/31/2016  .

☑ I served the subpoena by delivering a copy to the named person as follows:  Kathy Broadhead
who is the  Manager  *(title)* of 27th Avenue Package Store
Hattiesburg, MS  on *(date)*  08/31/2016  ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$  50.00  .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  8-31-16

*Server's signature*

Richard C. Ross
*Printed name and title*

917 E Second St.  Pass Christian, MS
*Server's address*

Additional information regarding attempted service, etc.: