IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                     CRIMINAL NO. 2:16-cr7-KS-MTP

CHARLES BOLTON and
LINDA BOLTON

# EXHIBIT A

Copies of all documents including, but not limited to, checks, credit card receipts, ledgers and other data reflecting purchases of wine, liquor or any other beverage product from 27th Avenue Package Store by John W. Lee, Jr. and/or John W. Lee, Jr. PA, for the years 2009 thru 2013.

In lieu of personal appearance, you may comply with this subpoena by providing the documents to Ben F. Galloway, Owen, Galloway & Myers, PLLC, via Federal Express overnight delivery. A Federal Express envelope and pre-paid completed address label is being provided herewith.

You may contact Ben F. Galloway, Owen, Galloway & Myers, PLLC, 228-868-2821 with any questions regarding production of the documents requested herein.

A check in the amount of $75.00 in prepayment of your costs associated with the production of the requested documents payable to 27th Avenue Package Store is also being provided herewith.