

**U.S. Department of Justice**

Office of Legislative Affairs

Office of the Assistant Attorney General　　　*Washington, D.C. 20530*

August 19, 2016

The Honorable Bennie G. Thompson
U.S. House of Representatives
Washington, DC   20515

Dear Congressman Thompson:

　　This responds to your letter to the Attorney General dated April 28, 2016, regarding allegations of misconduct surrounding municipal elections in the City of Hattiesburg, Mississippi. We apologize for our delay in responding to your letter.

　　Thank you for bringing this matter to our attention.   The allegations stated in your letter have been referred to the Department of Justice's Office of Professional Responsibility and Office of the Inspector General and are currently under review.

　　We hope this information is helpful.   Please do not hesitate to contact this office if we may provide additional assistance regarding this or any other matter.

　　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　　　Peter J. Kadzik
　　　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General

cc:　　The Honorable Michael E. Horowitz
　　　　Inspector General
　　　　U.S. Department of Justice