IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
MAR 21 2017
ARTHUR JOHNSTON
BY _____ DEPUTY

UNITED STATES OF AMERICA

VERSUS                                           CRIMINAL NO. 2:16-cr-7-KS-MTP

CHARLES BOLTON and
LINDA BOLTON

---

### NOTICE OF CONVENTIONAL FILING UNDER SEAL

---

Joe Sam Owen, Ben F. Galloway and Owen, Galloway & Myers, P.L.L.C., are filing, under seal, OG&M documents on Charles Bolton pursuant to the Order entered by this Honorable Court on March 21, 2017 [Doc ID #159] allowing same.

RESPECTFULLY SUBMITTED, this the 21st day of March, 2017.

/s/ Joe Sam Owen
JOE SAM OWEN, MSB #3965
OWEN, GALLOWAY & MYERS, PLLC

## CERTIFICATE OF SERVICE

I, JOE SAM OWEN, of the law firm of Owen, Galloway & Myers, PLLC, counsel for Charles Bolton, do hereby certify that I have this day filed the above and foregoing Notice of Service of Conventional Filing Under Seal with the Clerk of the Court and sent by U.S. Mail and electronic transmission to counsel of record.

SO CERTIFIED THIS 21st day of March, 2017.

_____
JOE SAM OWEN, MS Bar # 3965

JOE SAM OWEN, MSB #3965
OWEN, GALLOWAY & MYERS, PLLC
1414 25th Avenue
Post Office Drawer 420
Gulfport, Mississippi 39502-0420
Telephone: (228) 868-2821
Facsimile: (228) 864-6421
E-Mail: jso@owen-galloway.com