IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | Crim. No. 2:16-cr-00007-KS-MTP-1 |
| Plaintiff, | * | |
| v. | * | |
| CHARLES BOLTON, | * | |
| Defendant. | * | |

## MOTION TO DISMISS NOTICE OF APPEAL

COMES NOW the Defendant, Charles Bolton, pursuant to FRAP 42(a) and moves this Court to dismiss the Notice of Appeal. In support thereof, the Defendant would show the following;

1. The Defendant was sentenced on March 17, 2017.

2. This Court entered the Judgment in a criminal case on March 28, 2017.

3. The Defendant filed his notice of appeal in this Court on March 31, 2017.

WHEREFORE, the Defendant would move this Court to dismiss the Appeal filed herein on March 31, 2017.

Respectfully submitted the 3rd day of April, 2017.

/s/:   SAMUEL S. MCHARD

/s/:   WILLIE J. HUNTLEY, JR. - PHV

/s/:    DENNIS J. KNIZLEY - PHV

_____
CHARLES BOLTON, Defendant

OF COUNSEL:

SAMUEL S. MCHARD
WILLIE J. HUNTLEY, JR. - PHV
DENNIS J. KNIZLEY – PHV
THE HUNTLEY FIRM, P.C.
POST OFFICE BOX 370
MOBILE, ALABAMA 36601
TELEPHONE:   251-434-0007
FACSIMILE - 251-434-00086
EMAIL:   smchard@mchardlaw.com
          huntfirm@bellsouth.net
          djknizley@hotmail.com

## CERTIFICATE OF SERVICE

I, WILLIE J. HUNTLEY, JR., of the law firm of THE HUNTLEY FIRM, P.C., do hereby certify that I have this date electronically filed the above and foregoing MOTION TO DISMISS APPEAL with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

SO CERTIFIED THIS 3rd day of April, 2017.

/s/:   WILLIE J. HUNTLEY, JR.