IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                    CRIMINAL NO. 2:16-cr7-KS-MTP

CHARLES BOLTON and
LINDA BOLTON

## Linda and CHARLES BOLTON'S EXHIBIT LIST

| NUMBER | DESCRIPTION | SPONSOR | ID/EVID |
|---|---|---|---|
| 9/13/16 DC-1 | Summary/Compilation of Forrest County Paychecks (Bolton 0073 - 0076) | Stipulation | EV |
| 9/13/16 DC-2 | Forrest County Paychecks Itemization (Bolton 0001 - 0005) | " | EV |
| 9/13/16 DC-3 | Summary of ABC Purchases (Bolton 0084) | " | EV |
| 9/13/16 DC-4 | Mississippi ABC Division Hall Avenue Purchases Printout (Bolton 0013 - 0072) | " | EV |
| 9/13/16 DC-5 | Sports 22 Catering Privilege Tax License (Bolton 0008) | " | EV |
| 9/13/16 DC-6 | Manheim Form 1099-Misc (2009) to Sports 22/Linda Bolton (Bolton Nicholson & Co. 0149) |  | EV |

1

| Date | | Sponsor | ID/EV |
|---|---|---|---|
| 9/13/16 | DC-7 | Manheim Form 1099-Misc (2010) to Sports 22/Linda Bolton (Bolton Nicholson & Co. 0194) | Stipulation | EV |
| 9/13/16 | DC-8 | Manheim Form 1099-Misc (2011) to Sports 22/Linda Bolton (Bolton Nicholson & Co. 0315) | " | EV |
| 9/13/16 | DC-9 | Manheim Form 1099-Misc (2012) to Linda Bolton (Bolton Nicholson & Co. 0515) | " | EV |
| 9/13/16 | DC-10 | Manheim Form 1099-Misc (2012) to Linda Bolton/Sports 22 (Bolton Nicholson & Co. 0517) | " | EV |
| 9/13/16 | DC-11 | Manheim Form 1099-Misc (2013) to Linda Bolton (Bolton Nicholson & Co. 0652) | " | EV |
| 9/13/16 | DC-12 | Compilation of Manheim 1099-Misc (Bolton 0085) | " | EV |
| 9/13/16 | DC-13 | Defense Finance and Accounting Service 1099-Misc (2013 to Sports 22 (Bolton Nicholson & Co. 0654) | " | EV |
| 9/13/16 | DC-14 | Forrest General Hospital 1099-Misc (2009) to Charles Bolton (Bolton Nicholson & Co. 0148) | " | EV |
| 9/13/16 | DC-15 | Forrest General Hospital 1099-Misc (2010) to Charles Bolton (Bolton Nicholson & Co. 0195) | " | EV |
| 9/13/16 | DC-16 | Forrest General Hospital 1099-Misc (2011) to Charles Bolton (Bolton Nicholson & Co. 0314) | " | EV |
| 9/13/16 | DC-17 | Forrest General Hospital 1099-Misc (2012) to Charles Bolton (Bolton Nicholson & Co. 0519) | | EV |

| Date | | Sponsor | ID/EV |
|---|---|---|---|
| 9/13/16 | DC-18  Forrest General Hospital 1099-Misc (2013) to Charles Bolton (Bolton Nicholson & Co. 0651) | Stipulation | |
| 9/13/16 | DC-19  First Data Merchant Services Corp. 1099-Misc (2011) to Hall Avenue Liquor Store/Charles Bolton (Bolton Nicholson & Co. 0319) | `` | EV |
| 9/13/16 | DC-20  First Data Merchant Services Corp. 1099-Misc (2012) to Hall Avenue Liquor Store/Charles Bolton (Bolton Nicholson & Co. 0522) | `` | EV |
| 9/13/16 | DC-21  First Data Merchant Services Corp. 1099-Misc (2012) to Hall Avenue Package Store/Linda Bolton (Bolton Nicholson & Co. 0523) | `` | EV |
| 9/13/16 | DC-22  First Data Merchant Services Corp. 1099-Misc (2013) to Hall Avenue Package Store/Linda Bolton (Bolton Nicholson & Co. 0649) | `` | EV |
| 9/13/16 | DC-23  First Data Merchant Services Corp. 1099-Misc (2011) to Sports 22 Restaurant (Bolton Nicholson & Co. 0318) | `` | EV |
| 9/13/16 | DC-24  First Data Merchant Services Corp. 1099-Misc (2012) to Sports 22 Restaurant (Bolton Nicholson & Co. 0520) | `` | EV |
| 9/13/16 | DC-25  First Data Merchant Services Corp. 1099-Misc (2012) to Sports 22 Restaurant (Bolton Nicholson & Co. 0521) | `` | EV |
| 9/13/16 | DC-26  First Data Merchant Services Corp. 1099-Misc (2013) to Sports 22 Restaurant (Bolton Nicholson & Co. 0647) | `` | EV |
| 9/13/16 | DC-27  First American Payment Systems 1099-Misc (2013) to Sports 22 Restaurant (Bolton Nicholson & Co. 0648) | | |

3

| Date | | | Sponsor | ID/EV |
|---|---|---|---|---|
| 9/13/16 | DC-28 | First American Payment Systems 1099-Misc (2013) to Linda Bolton (Bolton Nicholson & Co. 0650) | Stipulation | |
| 9/13/16 | DC-29 | Section 8(a) application dated August 3, 2010 (USA-Nicholson 0175 - 208) | " | EV |
| 9/13/16 | DC-30 | Correspondence dated June 13, 2007 from Linda Bolton to SBA re initial review of Sports 22 8(a) Application with attached history and service description of Sports 22 (USA-Nicholson 0209 - 0211) | " | EV |
| 9/13/16 | DC-31 | Correspondence dated June 13, 2007 from Nicholson & Co. (Carl Nicholson) to SBA re initial review of Sports 22 8(a) Application (USA-Nicholson 0212 - 0213) | " | EV |
| 9/13/16 | DC-32 | Correspondence dated August 6, 2007 from Nicholson & Co. (Carl Nicholson) re Sports 22 8(a) Application (USA-Nicholson 0214 - 0215) | " | EV |
| 9/13/16 | DC-33 | Accountant's Report by Nicholson & Co. dated November 24, 2009 with attached Personal Financial Statement (USA-Nicholson 0216 - 0219) | " | EV |
| 9/13/16 | DC-34 | Sports 22 Restaurant Financial Statements, Accountant's Report and Report Route Sheet for three months ended March 31, 2010 prepared by Nicholson & Co. (USA-Nicholson 0220 -0226) | " | EV |
| 9/13/16 | DC-35 | Correspondence dated August 15, 2012 from Nicholson & Co. (Joe Travis) re Sports 22 8(a) Annual Review (USA-Nicholson 0227 – 0229) | " | EV |

4

| Date | | | Sponsor | ID/EV |
|---|---|---|---|---|
| 9/13/16 | DC-36 | Sports 22- 2013 8(a) Business Development (8(a) & SDB) Annual Review dated June 4, 2013 (USA-Nicholson 0230 – 0279) | Stipulation | EV |
| 9/13/16 | DC-37 | Correspondence dated October 4, 2013 From Nicholson & Co. (Joe Travis) providing additional information and correcting information re Sports 22 2013 Annual Review (USA-Nicholson 0280 – 0284) | " | EV |
| 9/13/16 | DC-38 | Correspondence dated June 20, 2014 From Nicholson & Co. (Joe Travis) Re Sports 22 workers compensation audit with description of company operations and attached payroll journal 02/01/13 – 01/31/14 (USA-Nicholson 0285 – 0290) | " | EV |
| 9/13/16 | DC-39 | 2009 Hall Avenue Trial Balance and General Ledger (Bolton Nicholson & Co 0018 – 0030) | " | EV |
| 9/13/16 | DC-40 | 2009 Sports 22 Trial Balance and General Ledger (Bolton Nicholson & Co. 0101 - 0112) | " | EV |
| 9/13/16 | DC-41 | 2010 Hall Avenue Trial Balance and General Ledger (Bolton Nicholson & Co. 0220 – 0229) | " | EV |
| 9/13/16 | DC-42 | 2010 Sports 22 Trial Balance and General Ledger (Bolton Nicholson & Co. 0289 - 0302) | " | EV |
| 9/13/16 | DC-43 | 2011 Hall Avenue Trial Balance and General Ledger (Bolton Nicholson & Co. 0372 – 0380) | " | EV |
| 9/13/16 | DC-44 | 2011 Sports 22 Trial Balance and General Ledger (Bolton Nicholson & Co. 0490 - 0505) | " | EV |

| Date | | Description | Sponsor | ID/EV |
|---|---|---|---|---|
| 9/13/16 | DC-45 | 2012 Hall Avenue Trial Balance (Bolton Nicholson & Co. 0530) and General Ledger (Bolton Nicholson & Co. 0839 – 0846) | Stipulation | EV |
| 9/13/16 | DC-46 | 2012 Sports 22 Trial Balance (Bolton Nicholson & Co. 0531) and General Ledger (Bolton Nicholson & Co. 0820 - 0838) | '' | EV |
| 9/13/16 | DC-47 | 2013 Hall Avenue Trial Balance and General Ledger (Bolton Nicholson & Co. 0771 - 0780) | '' | EV |
| 9/13/16 | DC-48 | 2013 Sports 22 Trial Balance and General Ledger (Bolton Nicholson & Co. 0799 - 0819) | '' | EV |
| 9/13/16 | DC-49 | Summary/Compilation of Capital Account, Capital Contributions And Draws for Hall Avenue and Sports 22 for the years 2009 – 2013 (Bolton 0086) | '' | EV |
| 9/13/16 | DC-50 | Hall Avenue Summary of Sales and Cost of Goods for the years 2009 thru 2013 (Bolton 0077) | '' | EV |
| 9/13/16 | DC-51 | Sports 22 Summary of Sales and Cost Of Goods for the years 2009 thru 2013 (Bolton 0078) | '' | EV |
| 9/13/16 | DC-52 | 2009 Federal Tax Return (Bolton Nicholson & Co. 0042 - 0075) | '' | EV |
| 9/13/16 | DC-53 | 2009 Amended Federal Tax Return (Bolton Nicholson & Co. 0085 - 0092) | '' | EV |
| 9/13/16 | DC-54 | 2010 Federal Tax Returns (Bolton Nicholson & Co. 0230 - 0264) with 2010 IRS Notice of Deficiency (Bolton Nicholson & Co. 0391 - 0392) | '' | EV |

6

| Date | | Exhibit | Description | Sponsor | ID/EV |
|---|---|---|---|---|---|
| | | | 2010 IRS Explanation of Deficiency (Bolton Nicholson & Co 0409 - 0416) Payment of 2010 Tax Deficiency (Bolton Nicholson & Co 0481 –0486) | | |
| 9/13/16 | | DC-55 | Power of Attorney (Charles Bolton) (Bolton Nicholson & Co. 0419 - 0421) | Stipulation | EV |
| 9/13/16 | | DC-56 | Power of Attorney (Linda Bolton) (Bolton Nicholson & Co. 0423 - 0425) | " | EV |
| 9/13/16 | | DC-57 | 2011 Federal Tax Return (Bolton Nicholson & Co. 0431 - 0464 ) | " | EV |
| 9/13/16 | | DC-58 | 2012 Federal Tax Return (Bolton Nicholson & Co. 0551 - 0585) | " | EV |
| 9/13/16 | | DC-59 | 2013 Federal Tax Return (Bolton Nicholson & Co. 0687 - 0749) | " | EV |
| 9/13/16 | | DC-60 | Nicholson & Company billing and time sheet records (Nicholson-USA 0001 - 0174) | " | EV |
| 9/13/16 | | DC-61 | Sports 22 Bank Reconciliation Worksheet prepared by Nicholson & Co. for statement ending March, 31 2010 (USA-Nicholson 0291 - 0294) | " | EV |
| 9/13/16 | | DC-62 | Sports 22 Bank Reconciliation Worksheet prepared by Nicholson & Co. for statement ending December 31, 2013 (USA- Nicholson 0295) | " | EV |
| 9/13/16 | | DC-63 | John W. Lee, Jr., PA 2009 General Ledger (USA 0972 - 0974) | " | EV |
| 9/13/16 | | DC-64 | John W. Lee, Jr., PA 2010 General Ledger (USA 0975 - 0977) | " | EV |

7

| Date | Exhibit | Description | Sponsor | ID/EV |
|---|---|---|---|---|
| 9/13/16 | DC-65 | John W. Lee, Jr., PA 2011 General Ledger (USA 0978 – 0981) | Stipulation | EV |
| 9/13/16 | DC-66 | John W. Lee, Jr., PA 2012 General Ledger (USA 0982 – 0984) | " | EV |
| 9/13/16 | DC-67 | John W. Lee, Jr., PA 2013 General Ledger (USA 0985 – 0986) | " | EV |
| 9/13/16 | DC-68 | John W. Lee, Jr., PA 2009 Check Register | " | ~~EV~~ Withdrawn 9-15-16 |
| 9/13/16 | DC-69 | John W. Lee, Jr., PA 2010 Check Register (USA 0869 – 0887) | " | EV |
| 9/13/16 | DC-70 | John W. Lee, Jr., PA 2011 Check Register (USA 0848 – 0859) | " | EV |
| 9/13/16 | DC-71 | John W. Lee, Jr., PA 2012 Check Register (USA 0892 – 0902) | " | EV |
| 9/13/16 | DC-72 | John W. Lee, Jr., PA 2013 Check Register (USA 0903 – 0914) | " | EV |
| 9/13/16 | DC-73 | Photograph of Hall Avenue and Sports 22 Café Exterior (Bolton 0079) | " | EV |
| 9/13/16 | DC-74 | Photograph of Hall Avenue Interior (Bolton 0080 – 0081) | " | EV |
| 9/13/16 | DC-75 | Photograph of Sports 22 Café Interior (Bolton 0082 – 0083) | " | EV |
| 9/13/16 | DC-76 | 27th Avenue Package Store Customer Sales Detail for John Lee (OGM-27AP 0001 – 0018) | " | EV |
| 9/13/16 | DC-77 | Transfer/Debit Slip dated 01/04/12 (USA 001303) | " | EV |
| 9/15/16 | DC-78 (1-14) | Copies of checks written by John Lee | Moreland | EV |
| 9/15/16 | DC-79 (1-15) | Copies of Checks written by John Lee | Moreland | EV |

8