IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

HATTIESBURG DIVISION

UNITED STATES OF AMERICA,           Crim. No. 2:16-cr-00007-KS-MTP-1

Respondent-Plaintiff

                                               Hon. Keith Starrett

v.

LINDA BOLTON,

        Petitioner-Defendant.

## MOTION TO STAY SELF-REPORTING DATE

        Linda Bolton, through Counsel, motions this Court, to permit filing of the Confidential Memorandum In Support Of The Motion To Stay Reporting Date *under seal.*. The confidential memorandum accompanying the instant Motion contains sensitive medical information protected by Federal Privacy Act and Health Insurance Portability and Accountability Act (HIPAA) that bars release of this information to the public.

        So that the Court can properly review and rule on the Motion to Stay Self-Reporting Date which is supported by the medical information contained in the confidential memorandum, Linda Bolton hereby moves to file the confidential memorandum with exhibits under seal. The confidential memorandum has been submitted for in camera review pending a proposed order to seal.

                                                          Respectfully Submitted,
                                                          /s/<u>U. Katrina Mitchell</u>
                                                          U. Katrina Mitchell
                                                          Counsel for Linda Bolton
                                                          4/21/2017

Presented By:

U. Katrina Mitchell MSB 101803
P.O. Box 1174
Ridgeland, MS 39183
Tel. 601-454-0674
ursulamitchell@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify that the attached Motion To Stay Self Reporting Date has been served this 21st day of 2017 by the Court's electronic filing system on the following parties: Fred Harper, United States Attorney's Office, fred.harper@usdoj.gov; and Sharon Lieberman, United States Attorney's Office, Sharon.lieberman@usdoj.gov and all counsel of record.

Presented By:

/s/ *U. Katrina Mitchell*

U. Katrina Mitchell MSB 101803
P.O. Box 1174
Ridgeland, MS 39183
Tel. 601-454-0674
ursulamitchell@gmail.com