**MEMORANDUM TO THE FILE**

Date: Friday, May 26, 2017
To: File - 2:16-cr-00007-KS-MTP -02
From: Ursula Mitchell, Attorney for Linda Bolton
Re:  Linda Bolton 2:16-cr-00007-KS-MTP -02

I'm Ursula Mitchell and I was retained to represent Mrs. Linda Bolton after the sentencing hearing. I have never authorized any other attorney to file any documents or pleadings in Mrs. Bolton's case. I have no knowledge from Mrs. Bolton that anyone else was retained as counsel or "of counsel" in Mrs. Bolton's case. I have never authorized anyone to file anything in Linda Bolton's case.  The same day Mrs. Bolton reported to Federal Prison, May 02, 2017, I spoke with her and she made it clear that she wanted my representation to continue. I inquired of Mrs. Bolton because Mary Holmes filed a pleading on April 28, 2017 as her attorney. Mrs. Bolton explanation to me was that I was *the* Attorney, not the *lead* Attorney*.* Mrs. Bolton explained that Ms. Holmes had approached her about representation. According to Mrs. Bolton, she advised Ms. Holmes that Ursula Mitchell was the Attorney, but she had no objection to Ms. Holmes providing research assistance or leg work, if I needed it. Subsequent to Mrs. Bolton's departure on May 02, 2017, Ms. Holmes started sending me emails and text messages representing that she was now Linda Bolton's attorney. She also filed documents with the Court and sent emails to the Court stating that she was Linda Bolton's attorney. Those emails and filed documents were not authorized by me, and in almost each instance the filed documents were duplicate motions or responses after I had already filed a pleading. These actions taken have created inconsistency to the legal approach to this case as well as confusion regarding attorney representation.  As a result of this confusion, I have been obliged to wait until I could speak with Mrs. Bolton again for more clarification about the representation of the handling of her case. I spoke with Mrs. Bolton on Thursday, May 25, 2017 and discussed these issues, case strategy of the legal approach and representation of her case. She was emphatic that I was *the Attorney,* and she had not hired Ms. Holmes or anyone else as her attorney or authorized anyone except me to file anything in this case. She again explained to me that Ms. Holmes was only providing research assistance or leg work, if I needed it.