# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**UNITED STATES OF AMERICA**

**V.**                                      **CRIMINAL ACTION NO. 2:16-CR-7-KS-MTP**

**CHARLES BOLTON and**
**LINDA BOLTON**

## **ORDER**

The Court issues this order to remind parties that all communications with the Court should be in the form of filings on the Court's CM/ECF system and that no ex parte communications, other than routine scheduling issues initiated by the Court, are allowed. This order was precipitated by the attached communications sent to the Court's law clerk by e-mail.

SO ORDERED AND ADJUDGED, on this, the 26th day of May, 2017.

                                                    */Keith Starrett*
                                                    UNITED STATES DISTRICT JUDGE