IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA                               PLAINTIFF

VS.                                                      CRIMINAL NO. 2:16-CR-7-KS-MTP

CHARLES BOLTON AND
LINDA BOLTON                                              DEFENDANTS

## ORDER

Be it remembered that on November 29, 2016, Objections to the Presentence Report of Linda Bolton were delivered to the United States Probation Office in Hattiesburg and that on November 30, 2016, Objections to the Presentence Report of Charles Bolton were delivered likewise. The Objections, Supplements and Exhibits were accumulated by Matthew Becker, U.S. Probation Officer and forwarded to the Court by emails dated December 8, 2016. The original sentencing date set by the Court for sentencing the Boltons was December 19, 2016. The sentencing did not go forward that day, and at the request of the defendants was continued. Ultimately the sentencing of the defendants occurred on March 17, 2017. The Presentence Reports were made a part of the Court's record and placed on the docket but because of the length of time between the filing of the Objections and the sentencings, the Objections were inadvertently omitted from the record.

In order to make the record complete the Court orders that the Objections to the Presentence Report filed by Linda Bolton and supplement thereto evidenced by three attachments to the email of Mr. Becker dated December 8, 2016, be made a part of record in

this case. Additionally, the Court Orders that the Objections of Charles Bolton together with all exhibits therewith contained in eight PDF documents attached to the email of Mr. Becker dated December 8, 2016, be made a part of this record and the emails and attachments attached to this Order.

    SO ORDERED this the __28th__ day of June, 2017.

                                         __s/Keith Starrett_____
                                         UNITED STATES DISTRICT JUDGE